**Order entered August 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00054-CV

### BARBARA MEREDITH, Appellant

### V.

### OXFORD TOWNHOMES, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** the August 5, 2015 unopposed motion of appellees Oxford Townhomes, LLC, Jason Rose, Individually, and JR Rose Development, LLC, for an extension of time to file their appellees' and cross-appellees' briefs. Appellees shall file their briefs by **AUGUST 31, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE